IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SAMMIE HENRY PETTIS**                                                                 **PLAINTIFF**

v.                                                       CIVIL NO. 1:24-cv-00042-TBM-BWR

**LE TRESIA STEWART,** *et al.*                                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that pro se Plaintiff Sammie Henry Pettis's Motion [4] for Leave to Proceed *in forma pauperis* is **DENIED.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Clerk of Court is directed to re-open this civil action if the Clerk receives the full filing fee of $350.00 plus an administrative fee of $55.00 within 30 days from the entry of this Order.

**IT IS, FINALLY, ORDERED AND ADJUDGED** that Plaintiff's Motion [7] to Change Venue is **DENIED AS MOOT**.

THIS, the 11th day of July, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE